the Buffalo, Lockport & Rochester Railway Company. No opinion. Motion for leave to appeal to Court of Appeals (from 142 N. Y. Supp. 1140) denied, with $10 costs.

PETTIT, Appellant, v. TRUSTEES OF FREEHOLDERS AND COMMONALTY OF TOWN OF BROOKHAVEN et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 24, 1913.) Action by Henry S. Pettit against the Trustees of the Freeholders and Commonalty of the Town of Brookhaven and another. No opinion. Judgment affirmed, with costs.

PHELAN, Respondent, v. NEW YORK, N. H. & H. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 24, 1913.) Action by Richard Powers Phelan against the New York, New Haven & Hartford Railroad Company. No opinion. Motion for reargument (of 143 N. Y. Supp. 545) denied, with $10 costs. See, also, 143 N. Y. Supp. 1139.

PHELAN, Respondent, v. NEW YORK, N. H. & H. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 24, 1913.) Action by Richard Powers Phelan against the New York, New Haven & Hartford Railroad Company. No opinion. Motion for leave to appeal to the Court of Appeals (from 143 N. Y. Supp. 545) granted. See, also, 143 N. Y. Supp. 1139.

PHILADELPHIA WAREHOUSE CO. v. SEAMAN. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by the Philadelphia Warehouse Company against Elizabeth C. Seaman. No opinion. Motion to dismiss appeal granted, with $10 costs. See rule 41, General Rules of Practice. Order filed.

PIPER, Respondent, v. CITY OF FULTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1913.) Action by Jay M. Piper against the City of Fulton. No opinion. Judgment affirmed, with costs.

PLOTKIN v. HEFFNER et al. (Supreme Court, Appellate Term, First Department. November 13, 1913.) Appeal from Municipal Court, Borough of Manhattan, Third District. Action by Abraham Plotkin against Leopold Heffner and another, doing business under the firm name of the Empire City Iron Works. From a judgment for plaintiff, defendants appeal. Reversed, and complaint dismissed. Walter G. Evans, of Rome, for appellants. Charles M. Kiefer, of New York City, for respondent.

SEABURY, J. This is an action to recover damages for personal injuries. Plaintiff was in the employ of defendants. The capacity in which he was employed is a subject of dispute. While acting as driver of defendants' horse, the horse became unmanageable and ran away. After the horse had run a considerable distance, one of the reins broke, and the plaintiff was thrown out of the wagon and injured. No negligence on the part of the defendants was proven. The attempt of the plaintiff to make it appear that the defendants agreed before the accident to be responsible for any accident that might happen was not sustained by credible proof, and in no way alters the case. Judgment reversed, with costs, and complaint dismissed, with costs. All concur.

POEL v. HILLS et al. (three cases). (Supreme Court, Appellate Division, First Department. November 7, 1913.) Appeal from Special Term, New York County. Actions by Frans Poel against William Hills. From an order providing for discovery and inspection of books, etc., of plaintiff, plaintiff appeals. Modified and affirmed. See, also, 155 App. Div. 934, 140 N. Y. Supp. 1140. Pinney, Thayer & Van Slyke, of New York City (Aaron C. Thayer, of New York City, of counsel), for appellants. Griggs, Baldwin & Baldwin, of New York City (Martin Conboy, of New York City, of counsel), for respondents.

PER CURIAM. The orders appealed from should be modified, by striking out the provisions for the discovery and inspection of the books, records, and accounts of Gruner & Co. and Dusendschon, Zarges & Co., both of Brazil, and by limiting the inspection of the books and records of the plaintiffs to the period from February 14, 1910, to July 25, 1910, both dates inclusive, and the time in which such inspection can be had during business hours for a period of two weeks, and, as so modified, affirmed, with $10 costs and disbursements to the appellants.

POPIELASZ, Respondent, v. CHELSEA FIBRE MILLS, Appellant. (Supreme Court, Appellate Division, Second Department. September 23, 1913.) Action by Anna Popielasz, by Michael Popielasz, her guardian ad litem, against the Chelsea Fibre Mills.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulate to reduce said judgment to the sum of $7,500, exclusive of the taxed costs and disbursements, in which case the judgment, as so modified, and the order, are unanimously affirmed, without costs of this appeal.

PRATT, Respondent, v. PRENTICE, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 1, 1913.) Action by John C. Pratt, as trustee, against William E. Prentice. No opinion. Interlocutory judgment affirmed, without costs, with leave to the defendant to plead over within 20 days.

PRICE v. ALEXANDER et al. (Supreme Court, Appellate Division, First Department. November 14, 1913.) Action by Anna Price against Mary F. Alexander and another. No opinion. Motion granted, without costs. Settle order on notice.